EMMA CLARK TWEDDELL, Respondent, *v.* THE NEW YORK LIFE INSURANCE AND TRUST COMPANY et al., Defendants; ST. JOHN'S GUILD, Appellant.

*Tweddell* v. *N. Y. Life Ins. & Trust Co.*, 49 App. Div. 258, affirmed.
(Argued March 5, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

13, 1900, affirming a judgment of Special Term directing the New York Life Insurance and Trust Company to transfer to the plaintiff a certain trust fund held by it under a deed of trust made by Annie Jane Bills.

*John W. Weed* and *James E. Chandler* for appellant.

*Lucius H. Beers* for respondent.

*Charles A. Runk,* guardian ad litem, for Francis Tweddell, Jr., an infant defendant.

Judgment affirmed, with costs to the plaintiff and guardian, payable out of the estate; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN, LANDON and CULLEN, JJ.